**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **18-50983**          Judge: **Alan M. Koschik**          Trustee Name: **Marc P. Gertz**

Case Name: **Carver, Susanna R.**          Date Filed (f) or Converted (c): **04/25/2018 (f)**

341(a) Meeting Date: **06/18/2018**

For Period Ending: **06/22/2018**          Claims Bar Date: **09/27/2018**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 2017 Kia Forte Estimated Mileage: 10,000 | 13,480.00 | 0.00 | | 0.00 | FA |
| 2. | 2014 Chevrolet Cruze Estimated Mileage: 42,500 | 9,975.00 | 0.00 | | 0.00 | FA |
| 3. | Household Goods and Furnishings - Miscellaneous items with no one item valued greater than $500. | 200.00 | 0.00 | | 0.00 | FA |
| 4. | Television, cell phone | 200.00 | 0.00 | | 0.00 | FA |
| 5. | Wearing Apparel - Miscellaneous items with no one item valued greater than $200. | 100.00 | 0.00 | | 0.00 | FA |
| 6. | Jewelry - Miscellaneous items with no one item valued greater than $400. | 100.00 | 0.00 | | 0.00 | FA |
| 7. | Debit card Prepaid Visa Rushcard - Estimated Balance | 400.00 | 0.00 | | 0.00 | FA |
| 8. | Any personal property, including tax refund not related to Earned | Unknown | 0.00 | | 0.00 | FA |
| 9. | Income Credit or Additional Child Tax Credit | Unknown | 0.00 | | 0.00 | FA |
| 10. | Wages | Unknown | 0.00 | | 0.00 | FA |
| 11. | Tax Refund related to Earned Income Credit and Additional Child Tax | Unknown | 0.00 | | 0.00 | FA |
| 12. | Preference: Central Ohio Credit Corp | 2,091.88 | 2,091.88 | | 0.00 | 2,091.88 |

**Gross Value of Remaining Assets**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | | 26,546.88 | 2,091.88 | | 0.00 | 2,091.88 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**6/22/18: TRUSTEE WILL INVESTIGATE A PREFERENCE THROUGH GARNISHMENT**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** 18-50983
**Case Name:** Carver, Susanna R.

**For Period Ending:** 06/22/2018

**Judge:** Alan M. Koschik

**Trustee Name:** Marc P. Gertz
**Date Filed (f) or Converted (c):** 04/25/2018 (f)
**341(a) Meeting Date:** 06/18/2018
**Claims Bar Date:** 09/27/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 11/01/2018          **Current Projected Date of Final Report(TFR) :** 11/01/2018

**Trustee's Signature**      /s/Marc P. Gertz                **Date:**  06/22/2018
                            Marc P. Gertz
                            11 S. Forge Street
                            Akron, OH 44304
                            Phone : (330) 255-0727